1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 3721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           CASE NO.  1:01-CR-05329 LJO

12 |                    Plaintiff,        **ORDER DISMISSING INDICTMENT**

13 |           v.

14 | LUIS GERARDO BERNAL,

15 |                    Defendant.

16

17     For the reasons set forth in the motion to dismiss filed by the United States, the Indictment

18 against defendant **LUIS GERARDO BERNAL** is hereby DISMISSED and any outstanding arrest

19 warrant is recalled.

20

21

22 IT IS SO ORDERED.

23     Dated:   **July 24, 2013**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                              1